

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00325-CV

Ruben Guadalupe **GALINDO**,
Appellant

v.

Tanya Sue **GALINDO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20303
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment, i.e., the final decree of divorce is AFFIRMED. However, with regard to the trial court's temporary order pending appeal, the portion of the order awarding appellee Tonya Sue Galindo appellate attorney's fees is REVERSED and judgment is RENDERED that she take nothing. The remainder of the trial court's temporary order pending appeal is AFFIRMED.

It is ORDERED that appellee Tonya Sue Galindo recover her costs of this appeal from appellant Ruben Guadalupe Galindo.

SIGNED April 9, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice